■ HILARY PHILIPPSON et al., as Coexecutors of MAX PHILIPPSON, Deceased, Appellants-Respondents, v HEXALON REAL ESTATE, INC., Respondent-Appellant, et al., Defendant.—Orders, Supreme Court, New York County (Eugene Nardelli, J.), entered on or about May 7, 1990 and July 9, 1991, respectively, unanimously affirmed for the reasons stated by Eugene Nardelli, J., without costs or disbursements. No opinion. Concur— Rosenberger, J. P., Kupferman, Asch and Rubin, JJ.